THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHARLES BOYD OLSON, JANINE OLSON, and MAGGIE COLIN,

Plaintiffs,

v.

UNISON AGREEMENT CORPORATION, a foregin corporation,

Defendant.

NO. 2:22-cv-01859-RSM

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF COLIN'S CLAIMS**

THIS MATTER came before the Court on Defendant's Motion to Compel Arbitration of Plaintiff Colin's Claims. Prior to ruling, the Court considered the following documents:

1. Defendant's Motion to Compel Arbitration of Plaintiff Colin's Claims;

2. Declaration of Michael Rosenberger in Support of Defendant's Motion to Compel Arbitration of Plaintiff Colin's Claims;

3. Declaration of Theodor Haugen in Support of Defendant's Motion to Compel Arbitration of Plaintiff Colin's Claims

4. Plaintiff's Response to Defendant's Motion to Compel Arbitration of Plaintiff Colin's Claims;

5. Declaration of Blythe H. Chandler in Support of Plaintiff's Response to Defendant's Motion to Compel Arbitration of Plaintiff Colin's Claims;



TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6. Defendant's Reply;

7. ______________________________________________ and

8. ______________________________________________.

Based on the foregoing, it is HEREBY ORDERED that Defendant's Motion to Compel Arbitration of Plaintiff Colin's Claims is DENIED.

DATED this __________ day of ___________________, 2023.

_____________________________________

THE HONORABLE RICARDO S. MARTINEZ

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Blythe H. Chandler, WSBA #43387
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
Email: eadams@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Umar I. Gebril, WSBA #58227
Email: umar@cascade.law
Joseph W. Moore, WSBA #44061
Email: joseph@cascade.law
CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, Washington 98201
Telephone: (425) 998-8999

*Attorneys for Plaintiff*