UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHARLES BOYD OLSON, JANINE OLSON, and MAGGIE COLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>    v.<br><br>UNISON AGREEMENT CORPORATION,<br><br>Defendant. | NO. 2:22-cv-01859-RAJ<br><br>REPORT RE STATUS OF COLIN ARBITRATION |

Pursuant to this Court's Order Granting Motion to Compel Arbitration of Maggie Colin's claims (Dkt. No. 38), Unison Agreement Corporation ("UAC") submits the following report on the status of the arbitration with Maggie Colin:

On June 30, 2023, Ms. Colin submitted a Demand for Arbitration against Unison Agreement Corporation with the Seattle, Washington office of JAMS, assigned JAMS Ref. No. 5160000414.   On July 20, 2023, UAC submitted its Response to Demand for Arbitration, Jurisdictional Challenges, and Affirmative Defenses.   On August 15, 2023, JAMS formally

REPORT RE STATUS OF COLIN ARBITRATION

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

commenced the arbitration and circulated a list of Arbitrator candidates. The parties' submissions regarding Arbitrator candidates are due August 25, 2023.

DATED this 15th day of August, 2023.

By    s/ *Michael Rosenberger*
Michael Rosenberger, WSBA #17730
Katherine S. Wan, WSBA #58647
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
mrosenberger@gordontilden.com
kwan@gordontilden.com

Brent Caslin, WSBA #36145
Kelly M. Morrison (*pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
213.239.5100
bcaslin@jenner.com
kmorrison@jenner.com

Attorneys for Defendant
Unison Agreement Corp.