# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CHARLES BOYD OLSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNISON AGREEMENT CORPORATION,<br><br>Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: 2:22-cv-01859-RAJ |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendant Unison Agreement Corporation, against Plaintiffs Charles Boyd Olson and Janine Olson.

DATED this 12th day of October, 2023.

                                                   RAVI SUBRAMANIAN,
                                                 Clerk of the Court

                                                 By:  */s/ Victoria Ericksen*
                                                              Deputy Clerk